**FRANK LEROY ROBINSON,**
**Petitioner and Appellant,**

**v.**

**STATE OF MONTANA,**
**Respondent and Appellee.**

No. DA 09-0166.
Submitted on Briefs January 13, 2010.
Decided March 16, 2010.
Withdrawn April 27, 2010.
2010 MT 51.
355 Mont. 326.

The Supreme Court issued an order dated April 27, 2010 withdrawing this opinion. A revised opinion was issued on May 11, 2010 and is cited at 356 Mont. 282.